# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

131976-9

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HAMILTON'S HENRY THE VIII LOUNGE,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 131976
COA: 267537
Ct of Claims: 04-000056-MT

_____

HAMILTON'S BOGART'S, INC.,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 131977
COA: 267538
Ct of Claims: 04-000057-MT

_____

JO-BET,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 131978
COA: 267539
Ct of Claims: 04-000058-MT

_____

GARTER BELT, INC.,
      Plaintiff-Appellant

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 131979
COA: 267540
Ct of Claims: 04-000059-MT

_____/

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122